# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**REBECCA CARMACK,**

    Plaintiff,

v.

**SOUTH GEORGIA MEDICAL CENTER, LINDA TOOMBS, STEVE DALE, and ALBERTA GRAHAM**,

    Defendants.

Civil Action No. 7:13-CV-81 (HL)

## ORDER

Before the Court is Plaintiff Rebecca Carmack's Motion for Leave to Proceed *In Forma Pauperis* (IFP) (Doc. 2). Prior to ruling on the motion, the Court orders Plaintiff to amend her complaint as stated below.

Although the complaint lacks the precision and clarity one might desire in a pleading, it appears to allege a defamation claim. (Doc. 1, pg. 2).[1] To comply with Georgia law for a *prima facie* defamation count, the Court orders Plaintiff to amend her complaint under Federal Rule of Civil Procedure 15(a) and allege (1) the name or identify of the person who made the defamatory statement; (2) the nature of the false and defamatory statement; (3) how the statement was

---

[1] Construing the complaint liberally in light of the fact that Plaintiff is proceeding *pro se*, Haines v. Kerner, 404 U.S. 519, 520 (1972), it appears to also allege a claim of employment discrimination that would fall under the Americans with Disabilities Act (ADA). The Court will address the ADA claim when it rules on Plaintiff's IFP Motion.

published or shared with a third party; and (4) the nature of the harm Plaintiff suffered. Further, the Court orders Plaintiff in amending the complaint to list the defendant or defendants she alleges are liable for defamation. Failure to amend the complaint and include these specific factual allegations will result in the dismissal of Plaintiff's defamation claim.

Wherefore, the Court orders Plaintiff to amend her complaint as stated herein by **September 22, 2013**, or the defamation claim will be dismissed without further notice from the Court. Once the amended complaint is filed, or the date to do so has run, the Court will decide the pending IFP Motion. The Court defers ruling on Plaintiff's Motion for Leave to Proceed IFP (Doc. 2) until that time.

**SO ORDERED**, this the 22nd day of August, 2013.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

scr