# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**REBECCA CARMACK,**

    Plaintiff,

v.

**SOUTH GEORGIA MEDICAL CENTER, LINDA TOOMBS, STEVE DALE, and ALBERTA GRAHAM**,

    Defendants.

Civil Action No. 7:13-CV-81 (HL)

## ORDER

In an Order dated September 26, 2013, this Court granted Plaintiff's Motion for Extension of Time to Amend her Complaint (Doc. 8) and gave her, as requested, until September 27, 2013 to do so. Plaintiff has failed to amend her complaint. Therefore, the terms of the Court's Order of September 25, 2013 (Doc. 5) will govern this case, and the parties will proceed accordingly.

**SO ORDERED**, this the 15th day of October, 2013.

                      *s/ Hugh Lawson*
                      HUGH LAWSON, SENIOR JUDGE

scr